# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Barten,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State Farm Mutual Automobile Insurance Company,<br><br>　　　　　Defendant. | No. CV-23-00267-TUC-CKJ (MSA)<br><br>**ORDER** |

　　　　On February 26, 2024, a telephonic conference was held between counsel for the parties and the Court's law clerk. The conference concerned disputes over the scope of a protective order and the discoverability of two categories of information. The Court finds that briefing is necessary to resolve these disputes. The Court will begin with the protective order.

　　　　**IT IS ORDERED** that, on or before **March 6, 2024**, Plaintiff shall file a motion for a protective order. Defendant shall file a response within **five days** of service of the motion. Both the motion and response must be accompanied by a proposed protective order. Plaintiff may file a reply within **three days** of service of the response.

　　　　Dated this 27th day of February, 2024.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge