LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
 rts@bowwlaw.com
Alicyn M. Freeman/Bar No. 023916
 amf@bowwlaw.com
Jeremiah M. Sullivan/Bar No. 038569
 jms@bowwlaw.com
Minute Entries/Orders
 cjg@bowwlaw.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Barten, a married man,<br><br>                      Plaintiff,<br><br>vs.<br><br>State Farm Mutual Automobile Insurance Company, a foreign corporation licensed and doing business in Arizona,<br><br>                      Defendant. | No. 4:23-00267-TUC CKJ (MSA)<br><br>**NOTICE OF ZOOM DEPOSITION OF NATALIE FONDELL** |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant State Farm Mutual Automobile Insurance Company ("State Farm") will take the deposition of **Natalie Fondell, MSW, LCSW, M.Ed** on **June 7, 2024 at 10:00 a.m. Arizona time (12:00 p.m. CDT).** The deposition will be taken via Zoom video.

Said deposition will be taken before a certified shorthand court reporter authorized to administer oaths in the State of Arizona, and will continue, if necessary, on a later date, until completed.

/ /

DATED this 30th day of May, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Robert T. Sullivan*
Robert T. Sullivan
Alicyn M. Freeman
Jeremiah M. Sullivan
2800 North Central Avenue, Suite 1600
Phoenix, Arizona  85004
*Counsel for Defendant State Farm Mutual Automobile Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that on this May 30, 2024, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing to the following recipient:

Paul Zebrowski, Esq.
Thomas A. Biscup, Esq.
ZEBROWSKI LAW
14362 N. Frank Lloyd Wright Blvd.
Suite 1000
Scottsdale, AZ 85260
paul@zebrowskilaw.com
*Attorneys for Plaintiff*

I further certify that on this same date the foregoing was emailed to the following recipients:

HD Reporting
scheduling@hdreporting.com
*Court Reporter*

By */s/ Nicole J. Smith*