# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Barten, | No. CV-23-00267-TUC-CKJ (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| State Farm Mutual Automobile Insurance Company, | |
| Defendant. | |

Good cause appearing,

**IT IS ORDERED** that the motion to amend the scheduling order (Doc. 73) is **granted**. The schedule is amended as follows:

- The deadline to complete fact discovery, including depositions of fact witnesses, is **July 30, 2024**.
- The deadline to supplement discovery disclosures and responses is **July 30, 2024**.
- The deadline for Plaintiff's initial expert reports is **September 2, 2024**.
- The deadline for Defendant's initial expert reports is **October 3, 2024**.
- The deadline for the parties' rebuttal expert testimony is **October 31, 2024**.
- The deadline to complete expert discovery is **November 29, 2024**.
- The deadline to file dispositive motions is **January 29, 2025**.
- If no dispositive motions are filed, then the deadline to file a joint proposed pretrial order will be **February 27, 2025**.

. . . .

**IT IS FURTHER ORDERED** that all other provisions of the scheduling order remain in effect. Further requests for an extension are disfavored.

Dated this 31st day of May, 2024.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge