**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Barten, | No. CV-23-00267-TUC-CKJ (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| State Farm Mutual Automobile Insurance Company, | |
| Defendant. | |

The Court finding good cause pursuant to the parties' stipulated settlement,

**Accordingly,**

**IT IS ORDERED,** pursuant to the Stipulation (Doc. 113, 115) and Rule 41(a)(1)(A)(ii), by Plaintiff Bryan Barten and Defendant State Farm Mutual Automobile Insurance Company this action is dismissed with prejudice and without costs or fees to any party.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 2nd day of December, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge